**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL ADAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00674-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. Nos. 2, 11) |

Plaintiff Paul Adams is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2020, the Magistrate Judge issued findings and recommendations that plaintiff's *in forma pauperis* application, (Doc. No. 2), be denied.  (Doc. No. 11.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days.  (Doc. No. 11.)  Plaintiff filed objections on June 2, 2020.  (Doc. No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the Court finds the findings and recommendations (ECF No. 11) to be supported by the record and by proper analysis.

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 20, 2020 (ECF No. 11) are adopted in full;
2. Plaintiff's *in forma pauperis* application (ECF No. 2) is denied;
3. Plaintiff is required to pay the $400 filing fee in full within thirty days of this order; and
4. If plaintiff fails to pay the $400 filing fee in full within thirty days of this order, this action will be dismissed without prejudice and without further notice.

IT IS SO ORDERED.

Dated:   October 8, 2020

　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE