UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00674-AWI-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE<br><br>(ECF No. 14) |

Plaintiff Paul Adams is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 9, 2020, the undersigned directed plaintiff to pay $400.00 filing within thirty days or the action would be dismissed. (Doc. No. 14.) Plaintiff has not paid the filing fee for this action and the time period to do has now passed.

Accordingly, IT IS HEREBY ORDERED that:

1. The instant action is dismissed, without prejudice due to plaintiff's failure to pay the required filing fee; and

2. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   December 3, 2020

　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1